IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROGER H. HUMBARGER,

        Plaintiff,

   v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
RECONTRUST COMPANY, N.A.,
BANK OF NEW YORK MELLON, and
BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing, L.P.,

        Defendants.

No. 03:11-CV-1202-PK

TEMPORARY RESTRAINING
ORDER

HERNANDEZ, District Judge:

      Based on the complaint verified by Plaintiff Roger H. Humbarger, I conclude that

Plaintiff is entitled to a temporary restraining order pending a hearing on a possible preliminary

1 - TEMPORARY RESTRAINING ORDER

injunction. This temporary restraining order is necessary to prevent the irreparable injury from the sale of Plaintiff's home at 26780 SW Petes Mountain Road, West Linn, OR 97068. From 10:35 a..m. on October 7, 2011 until 5:00 p.m. on October 17, 2011, Defendants are prohibited from taking possession of the property or attempting to foreclose upon the property. Defendants are ordered to appear in this Court on October 17th at 3:00 p.m. to show cause why this Court should not issue a preliminary injunction in accordance with this temporary restraining order. Defendants shall file a brief in response to Plaintiff's motion by 12:00 p.m. on October 13th. Plaintiff will be given the opportunity to reply to Defendants' response at the hearing on October 17th.

    IT IS SO ORDERED.

Dated this  7th  day of October, 2011

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge