IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROGER H. HUMBARGER,                         No. 03:11-CV-1202-PK

                 Plaintiff,           TEMPORARY RESTRAINING
                                            ORDER

    v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
RECONTRUST COMPANY, N.A.,
BANK OF NEW YORK MELLON, and
BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing, L.P.,

                 Defendants.


HERNANDEZ, District Judge:

      Based on the complaint verified by Plaintiff Roger H. Humbarger, I conclude that

Plaintiff is entitled to a temporary restraining order pending a hearing on a possible preliminary


1 - TEMPORARY RESTRAINING ORDER

injunction.  This temporary restraining order is necessary to prevent the irreparable injury from

the sale of Plaintiff's home at 26780 SW Petes Mountain Road, West Linn, OR 97068.  From

10:35 a..m. on October 7, 2011 until 5:00 p.m. on October 17, 2011, Defendants are prohibited

from taking possession of the property or attempting to foreclose upon the property.  Defendants

are ordered to appear in this Court on October 17th at 3:00 p.m. to show cause why this Court

should not issue a preliminary injunction in accordance with this temporary restraining order.

Defendants shall file a brief in response to Plaintiff's motion by 12:00 p.m. on October 13th.

Plaintiff will be given the opportunity to reply to Defendants' response at the hearing on October

17th.

　　　　　　IT IS SO ORDERED.


　　　　　　　　　　　　Dated this __7th_____ day of October, 2011


　　　　　　　　　　　　　　　/s/ Marco A. Hernandez_____
　　　　　　　　　　　　　　　Marco A. Hernandez
　　　　　　　　　　　　　　　United States District Judge

2 - TEMPORARY RESTRAINING ORDER