IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROGER H. HUMBARGER, | No. 03:11-CV-1202-PK |
| Plaintiff, | EXTENSION OF TEMPORARY RESTRAINING ORDER |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., BANK OF NEW YORK MELLON, and BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P., | |
| Defendants. | |

BROWN, District Judge:

      On October 7, 2011, the Honorable Marco A. Hernandez issued a temporary restraining order (TRO) against Defendants to prevent irreparable injury to Plaintiff from the scheduled

1 - TEMPORARY RESTRAINING ORDER

foreclosure sale of Plaintiff's home at 26780 SW Petes Mountain Road, West Linn, OR 97068. A hearing was set for October 17, 2011 at 3:00 p.m. to determine whether a preliminary injunction should issue. Since the TRO issued, (1) Defendants have filed their own Motion for Preliminary Injunction (#11) proposing the foreclosure sale be ordered postponed until January 24, 2012; (2) Plaintiff has filed a Renewed Motion for Preliminary Injunction (#13) questioning the authority of Defendants' counsel to appear on Defendants' behalf and asking for an indefinite extension of the TRO until the case is resolved on its merits; and (3) the hearing set for October 17, 2011 at 3:00 p.m. was stricken due to the temporary, but urgent inability of Judge Hernandez to hear the matter as scheduled.

Because the TRO was set to expire at 5:00 p.m. on October 17, 2011 and because it appears at a minimum the parties agree the TRO should be extended for at least some period of time, I hereby reset today's hearing on the extension of the TRO (#8) to October 31, 2011 at 2:30 p.m. before Judge Hernandez, so that the parties may have additional time to clarify their positions. Likewise, the TRO is also extended until 5:00 p.m. on October 31st.

IT IS SO ORDERED.

Dated this 17th day of October, 2011
@ 3:50 p.m.

Anna J. Brown
United States District Judge

2 - TEMPORARY RESTRAINING ORDER